UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:15-CR-14-T-17EAJ

ANTHONY L. JOHNSON.

_____/

ORDER

This cause is before the Court on:

Dkt. 45   Motion for Jail Credit

Defendant Anthony L. Johnson, pro se, requests the Court to correct Defendant Johnson's jail credit. Defendant Johnson states that the BOP does not show a credit of 5 months of time served.

Defendant Johnson does not indicate that Defendant Johnson has exhausted the administrative remedies available to Defendant Johnson, pursuant to 28 C.F.R. Secs. 542.10 - .19. Until Defendant Johnson has exhausted the administrative remedies available to Defendant, the Court does not have jurisdiction to entertain Defendant Johnson's Motion. See U.S. v. Herrera, 931 F.2d 761, 764 (11th Cir. 1991)(citing United States v. Lucas, 898 F.2d 1554 (11th Cir. 1990).

After consideration, the Court denies Defendant Johnson's Motion for Jail Credit without prejudice, for lack of jurisdiction. Accordingly, it is

Case No. 8:15-CR-14-T-17EAJ

**ORDERED** that Defendant Anthony L. Johnson's Motion for Jail Credit (Dkt. 45) is **denied** without prejudice for lack of jurisdiction. The Clerk of Court **shall provide** a copy of this Order to Defendant Johnson by U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 29th day of September, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Anthony L. Johnson
62245-018
B-217
Federal Correctional Complex, USP-1
P.O. Box 1033
Coleman, FL   33521-1033